IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ROWDY LEAL, SIGIFREDO CISNEROS, TIMOTHY J. HEIDER, RONALD JOSEPH, LUIS LOPEZ, ALBERTO LOPEZ, PEDRO MOLINA, CARY P. YANCY, EDUARDO ZUBIA, RUBEN CHAVARIA, LAZARO CISNEROS, EDUARDO RODRIGUEZ, ARTURO GONZALEZ, MICHAEL GARCIA, ALICIA LONGSTREATH, JOHN CRIADO, "D.J." DOYLE L. OZMENT, TIM M. HEIDER, BARRY MOORE, ANGEL MARTINEZ, and JOE YBANEZ, individuals, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PARAMOUNT RESTAURANTS GROUP, INC., a Texas Corporation, f/k/a STRICKLAND RESTAURANTS, Inc., a Texas Corporation, STRICKLAND RESTAURANTS, Inc. Employee Stock Ownership Plan (ESOP) #002; CORY STRICKLAND and GARY STRICKLAND, individually and as Trustees and Fiduciary of the Paramount Restaurants Group, Inc.'s Employee Stock Ownership Plan #002, PARAMOUNT RESTAURANT GROUP, INC., a Texas Corporation, ATI CAPITAL GROUP, INC., f/k/a APPRAISAL TECHNOLOGIES, INC., a Corporation, RON LINT, individually, EMERSON RICKSTREW, CPA, former trustee, DOUG CONDER, CPA, former trustee, and ATI CAPITAL GROUP OF COLORADO,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 2:12-CV-194-J |

**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE MARY LOU ROBINSON:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, through their respective counsel, submit this Motion of Voluntary Dismissal Without Prejudice.

Plaintiffs hereby voluntarily dismiss all the claims asserted in the above-styled action against the remaining Defendants without prejudice, with all costs of court to be paid by the party incurring those costs.  Defendants have not filed an Answer nor a Motion for Summary Judgment and this case can therefore be voluntarily dismissed.  FRCP 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Philip R. Russ*
Philip R. Russ
State Bar No. 17406000
LAW OFFICES OF PHILIP R. RUSS
2700 S. Western St., Suite 1200
Amarillo, Texas 79109
Telephone:  806-358-9293
Facsimile:   806-358-9296

Jerry D. McLaughlin
State Bar No. 13743300
LAW OFFICES OF JERRY DAN MCLAUGHLIN
2700 S. Western St., Suite 1000
Amarillo, TX 79109
Telephone:  806-371-9110
Facsimile:   806-373-9029

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure, on this 22nd day of January, 2014.

| | |
|---|---|
| Frederic M. Wolfram, Esq.<br>Walter Wolfram, Esq.<br>Wolfram Law Firm, P.C.<br>600 S. Tyler St., LB 12134<br>Amarillo, Texas 79101-2361<br>***Attorneys for PRG*** | Kelly Utsinger, Esq.<br>UNDERWOOD WILLSON BERRY STEIN & JOHNSON PC<br>PO Box 9158<br>Amarillo Texas 79105<br>***Attorney for Doug Conder*** |
| Michael A. Birrer, Esq.<br>Kyle Austin Perkins, Esq.<br>Bryan Erman, Esq.<br>CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP<br>901 Main St., Suite 5500<br>Dallas TX 75202<br>***Attorneys for Cory Strickland & Gary Strickland*** | Amanda Sotak, Esq.<br>FIGARI & DAVENPORT<br>3400 Bank of America Plaza<br>901 Main Street<br>Dallas, TX 75202<br>***Attorneys for Ron Lint and ATI Capital Group of Colorado, LLC*** |

BY: */s/ Philip R. Russ*
Philip R. Russ