IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| ROWDY LEAL, *et al.* | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 2:12-CV-194-J |
| PARAMOUNT RESTAURANTS GROUP, INC., *et al.* | § § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiffs' motion, filed January 22, 2014, and Rule 41(a)(1) stipulation for voluntary dismissal without prejudice. The Defendants not being opposed, not having answered, and not having filed a motion for summary judgment, the Court is of the opinion that the motion should be granted.

It is, therefore, ORDERED that the motion for voluntary dismissal without prejudice is hereby GRANTED and that all claims asserted, or that could have been asserted, by the Plaintiffs in this case against the Defendants herein are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear their own costs.

It is SO ORDERED.

SIGNED this the ____ day of January, 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE